UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHARLES SAMUEL CHERRY,                             Civil No. 22-2012 (JRT/JFD)

    Plaintiff,

v.                                                 **ORDER**

MCF-MOOSE LAKE; OFFICER ADRIANA
BOOKER; UNKNOWN SUPERVISOR; SGT.
MARC MAGNUSON; LT. RICH SKOGLUND,

    Defendants.

---

Charles Samuel Cherry, OID# 263681, 7600 525th Street, Rush City, MN 55069, *pro se* plaintiff.

Magistrate Judge John R. Docherty issued a Report and Recommendation on January 17, 2023 (ECF No. 11). No party has filed objections to the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 11) is **ADOPTED**; and

2. Plaintiff Charles Samuel Cherry's claims are **DISMISSED WITHOUT PREJUDICE**, except his Eighth Amendment claim against Officer Booker for sexual harassment.

DATED: February 3, 2023
at Minneapolis, Minnesota.

                                                                      JOHN R. TUNHEIM
                                                           United States District Judge