UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CHARLES SAMUEL CHERRY, | Civil No. 22-2012 (JRT/DLM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| OFFICER ADRIANA BOOKER, | |
| Defendant. | |

---

Charles Samuel Cherry, 963 6th Street E, St. Paul, MN 55106, *pro se* plaintiff.

Corinne Wright, Jennifer Cho Moreau, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendant.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation on August 6, 2024. (ECF No. 56.) No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 56) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

DATED: September 5, 2024                      _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                   JOHN R. TUNHEIM
                                                          United States District Judge